IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BMO HARRIS BANK, N.A., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:18-cv-01789-S-BT |
| BALMOR TRANSPORT, INC., and RICARDO BALLESTEROS, JR. | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 1, 2020 [ECF No. 55]. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED August _3_, 2020.

**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**